Jeremy Pinson # 16267-064
Gary Long Jr. # 09071-059
**Name and Prisoner/Booking Number**

U.S. Penitentiary Tucson
**Place of Confinement**

P.O. Box 24550
**Mailing Address**

Tucson AZ 85734
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
RECEIVED ___ COPY

AUG 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Gary Long Jr. & Jeremy Pinson
(Full Name of Plaintiff)

Plaintiff,

v.

(1) United States of America,
(Full Name of Defendant)

(2) Dr. Mishtfer ,

(3) Dr. Hayden ,

(4) Federal Bureau of Prisons ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV18-0382 TUC RM PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: FTCA 28 U.S.C. 2671-80

2. Institution/city where violation occurred: U.S.P. Tucson

Revised 3/11/16                    1                    **550/555**

## B. DEFENDANTS

1. Name of first Defendant: __United States of America__. The first Defendant is employed as: __U.S. Government__ at __USP Tucson__.
   (Position and Title)                          (Institution)

2. Name of second Defendant: __Dr. Mistifer__. The second Defendant is employed as: as: __Challenge Program Coordinator__ at __USP Tucson__.
   (Position and Title)                          (Institution)

3. Name of third Defendant: __Dr. Hayden__. The third Defendant is employed as: __Chief of Psychology__ at __USP Tucson__.
   (Position and Title)                          (Institution)

4. Name of fourth Defendant: __Federal Bureau of Prisons__ The fourth Defendant is employed as: __Federal Agency__ at __USP Tucson__.
   (Position and Title)                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __100+ ← Pinson__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Pinson__ v. __Unknown Parties__
      2. Court and case number: __13-cv-2059-DCB   D. Ariz.__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

   b. Second prior lawsuit:
      1. Parties: __Pinson__ v. __DOJ__
      2. Court and case number: __12-cv-1872   D.D.C.__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

   c. Third prior lawsuit:
      1. Parties: __Pinson__ v. __Unknown Party__
      2. Court and case number: __D. Ariz.__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Violation of Federal Tort Claims Act and Arizona State tort laws.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☒ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Challenge Program is a mental health treatment program. The Plaintiffs are Care Level 3 Mental Health patients. Officer Amaro physically attacked Pinson by choking her and threatened to kill Long. When plaintiffs sued and defendants BOP, Mbroffer and Hayden learned of the lawsuits Pinson and Long were seperated and expelled from the Challenge Program. Immediately the plaintiff's mental health began to deteriorate.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Injury to Pinson's throat, mental and emotional anguish

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: __N/A__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __N/A__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

### E. REQUEST FOR RELIEF

State the relief you are seeking:

1. Long seeks $100,000 under the FTCA
2. Long and Pryson seek injunctive relief in the form of an injunction enjoining further acts of retaliation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4-25-18__
DATE

SIGNATURE OF PLAINTIFF
Gary Long

Jeremy Pryson

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6